No. 47834.—Suit 4401.——*United States* v. *Armand Schwab & Co., Inc.* C. D. 613 affirmed November 2, 1942. C. A. D. 218.

No. 47835.—Suit 4408.—*United States* v. *T. D. Downing Co.* C. D. 647. Appeal dismissed October 30, 1942.

Before the Second Division, December 23, 1942

No. 47836.—Protest 43124–K of Butler Bros. (San Francisco).

Opinion by Tilson, J. In accordance with stipulation of counsel and on the authority of *United States* v. *N. Minami & Co.* (29 C. C. P. A. 169, C. A. D. 188) the protest was sustained.

No. 47837.—Protest 957042–G of N. Y. Merchandise Co., Inc. (New York).

Opinion by Tilson, J. In accordance with stipulation of counsel and on the authority of *New York Merchandise Co., Inc.* v. *United States* (8 Cust. Ct. 209, C. D. 607) the brass base shells in question were held dutiable as parts of articles having as an essential feature an electrical element or device, such as signs, at 35 percent under paragraph 353. Tape measures, used chiefly in the household for utilitarian purposes, similar to those the subject of Abstract 43372, were held dutiable at 40 percent under paragraph 339, as stipulated.

No. 47838.—Protests 872152–G, etc., of Olivier Straw Goods Corp. (New York)·

Opinion by Tilson, J. In accordance with stipulation of counsel and on the authority of Abstract 47291 the merchandise in question was held dutiable at 25 percent ad valorem under paragraph 1504 (b) 1, Tariff Act of 1930, as claimed.

No. 47839.—Protest 20125–K of M. Shoenthal, Inc. (New York).

Opinion by Tilson, J. It was stipulated that certain items consist of hats or hoods of ramie and cellophane the same as those involved in Abstract 47291. In accordance therewith, they were held dutiable at only 25 percent under paragraph 1504 (b) (1) as not blocked or trimmed, and not bleached, dyed, colored, or stained.

No. 47840.—Protests 590103–G, etc., of Straw Goods Exchange et al. (New York).

Opinion by Tilson, J. In accordance with stipulation of counsel 8-bu. paper hats, similar to those the subject of *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664), were held dutiable at 25 percent under paragraph 1504 (b) (5), as claimed.